## (November 18, 1953.)

(Republish)

SANDRA R. HEARST, Respondent, v. GEORGE R. HEARST, Appellant.— Order unanimously modified by fixing temporary alimony at the rate of $500 per month and counsel fee at $7,500. In the circumstances of this case, we think the allowances for temporary alimony and counsel fee were excessive. Settle order on notice. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ. [See *ante,* p. 933.]

(Republish)

MURRAY L. JACOBS, Respondent, v. MICHAEL TUCH FOUNDATION, INC., Appellant.— Order, so far as appealed from, unanimously modified so as to deny the motion to strike out the second defense and, as so modified, affirmed. We think the allegations of the second defense sufficient. Settle order on notice. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ. [See *ante,* p. 933.]

(Republish)

HOWARD STERN, an Infant, by BENJAMIN STERN, His Guardian ad Litem, et al., Respondents-Appellants, v. SAM L. KAUFMAN et al., Copartners Doing Business under the Name of VETERAN CARRIERS, et al., Appellants, and LOUIS D. PAPKIN, Respondent.— Except as to plaintiff Benjamin Stern and defendant Papkin, judgment is unanimously reversed and a new trial ordered, unless the several plaintiffs consent to a reduction of the verdict in their favor as follows: Howard Stern, from $3,500 to $2,000; Mollie Rock, from $10,000 to $4,000; Louis Rock, from $2,000 to $1,000; Rebecca Rothfarb, from $4,000 to $2,000; Isidore Rothfarb, from $1,250 to $1,000. On the record we view the verdict as excessive, except as to the plaintiff Benjamin Stern. In the event that any of these plaintiffs fails to stipulate as to the reduction herein indicated, the nonassenting plaintiff may make appropriate application to sever as to his or her cause of action. As to the plaintiff Benjamin Stern and the defendant Papkin, the judgment is affirmed. Order appealed from unanimously affirmed, without costs. Settle order on notice. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ. [See *ante,* p. 933.]

## (November 19, 1953.)

(Republish)

AARON TUMAN, Appellant, v. ROYAL MOTOR EXPRESS, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, and the order of this court, entered November 10, 1953, vacated. No opinion. Present — Cohn, J. P., Breitel, Bastow and Bergan, JJ. [See *ante,* p. 932.]